

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00796-CV

Jane G. **GARCIA**,
Appellant

v.

Daniel Muniz **GARCIA**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLB001496-C3
Honorable Victor Villarreal, Judge Presiding

# O R D E R

On November 12, 2019, appellant filed her notice of appeal and motion for extension of time to file her notice of appeal. She also filed her Notice of Filing of Declaration of Indigency and attached supporting documentation. The clerk's record was then filed on December 19, 2019. The clerk's record reflects that (1) the trial court signed the final decree of divorce on August 13, 2019; (2) appellant timely filed a motion to modify the trial court's judgment and/or a motion for new trial on September 10, 2019; and (3) appellant filed her notice of appeal and motion for extension of time to file her notice of appeal on November 12, 2019. We GRANT her motion for extension of time to file her notice of appeal. We further GRANT her request to proceed without payment of costs pursuant to Texas Rule of Appellate Procedure 20.1. *See* TEX. R. APP. P. 20.1.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court